No. 711, Misc.  THOMAS *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.  Petitioner *pro se.*  *William G. Clark,* Attorney General of Illinois, for respondent.

No. 765, Misc.  WOOD *v.* MARONEY, CORRECTIONAL SUPERINTENDENT.  C. A. 3d Cir.  Certiorari denied. *James G. Moore* for petitioner.

No. 947, Misc.  KUCHTA *v.* RICE ET AL.  Supreme Court of New Jersey.  Certiorari denied.

No. 969, Misc.  OAKLEY *v.* CONNECTICUT.  Supreme Court of Errors of Connecticut.  Certiorari denied.

No. 975, Misc.  ELLIS *v.* OKLAHOMA ET AL.  Court of Criminal Appeals of Oklahoma.  Certiorari denied.

No. 977, Misc.  HOOPER *v.* NASH, WARDEN.  C. A. 8th Cir.  Certiorari denied.

No. 988, Misc.  JOHNSON *v.* WARDEN, MARYLAND PENITENTIARY.  Court of Appeals of Maryland.  Certiorari denied.

No. 991, Misc.  POLLOCK *v.* WEST VIRGINIA.  Supreme Court of Appeals of West Virginia.  Certiorari denied.

No. 1006, Misc.  KIRBY *v.* KENTUCKY.  Court of Appeals of Kentucky.  Certiorari denied.

No. 1007, Misc.  MOORE *v.* ILLINOIS.  Supreme Court of Illinois.  Certiorari denied.

No. 1008, Misc.  GILCREASE *v.* MAXWELL, REFORMATORY SUPERINTENDENT.  Supreme Court of Washington. Certiorari denied.